CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>)<br>)<br>              Plaintiff )<br>    vs )<br>NATIONAL ARCHIVES AND )<br>RECORDS ADMINISTRATION )<br>)<br>              Defendant ) | Civil Action No._____ |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for **Judicial Watch, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Judicial Watch, Inc.** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

**1049158**
BAR IDENTIFICATION NO.

**Eric W. Lee**
Print Name

**425 Third Street, SW, Suite 800**
Address

**Washington     DC          20024**
City                State        Zip Code

**(202) 646-5172**
Phone Number