IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

        Plaintiff,

  v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

        Defendant.

Case No. 19-cv-1007 (JEB)

**JOINT STATUS REPORT AND SCHEDULING PROPOSAL**

Pursuant to the Court's Minute Order signed May 23, 2019, the parties submit the following joint status report and scheduling proposal.

1. **The status of Plaintiff's FOIA requests, the anticipated number of documents responsive to the requests, and the anticipated date(s) for release of documents**

On April 10, 2019, Plaintiff filed this FOIA lawsuit seeking access to "any and all records contained in FBI File 100-NY-161499." Compl. ¶ 5. On June 4, Counsel for Defendant informed Plaintiff that Defendant had located the file, consisting of approximately 82 pages of records, and planned to deliver all responsive, non-exempt records to Plaintiff by June 7.

In light of the foregoing status, the parties propose filing a further joint status report by July 10, 2019, to provide the Court with a further update regarding the status of these matters.

2. **A proposed briefing schedule for dispositive motions**

Upon completion of production in response to Plaintiff's FOIA requests, the parties agree to meet and confer regarding any outstanding issues for resolution by the Court and, if necessary,

a proposed schedule for briefing and submission of a *Vaughn* index.  The parties propose to submit a joint status report concerning these matters on or before July 10, 2019.

Dated: June 6, 2019

| | |
|---|---|
| /s/ *Eric W. Lee* | HASHIM M. MOOPPAN |
| Eric W. Lee | Deputy Assistant Attorney General |
| D.C. Bar No. 1049158 | |
| JUDICIAL WATCH, INC. | ELIZABETH J. SHAPIRO |
| 425 Third Street, S.W., Suite 800 | Deputy Director |
| Washington, DC 20024 | |
| (202) 646-5172 | /s/ *Patricia McBride* |
| elee@judicialwatch.org | PATRICIA MCBRIDE |
| | Trial Attorneys |
| *Counsel for Plaintiff* | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, DC  20005 |
| | Phone: (202) 514-1259 |
| | Email: patricia.mcbride@usdoj.gov |
| | |
| | *Attorneys for Defendant* |