IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | Case No. 19-cv-1007 (JEB) |

**JOINT DISMISSAL WITH PREJUDICE**

The parties, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this joint stipulation of dismissal with prejudice:

1. On July 3, 2019, Defendant produced FBI File 100-NY-161499, the records at issue in this litigation.

2. Plaintiff has reviewed the records and is satisfied with Defendant's response to its FOIA request. Accordingly, the parties hereby jointly stipulate to dismissal of the above-captioned matter with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 9, 2019

| | |
|---|---|
| /s/ *Eric W. Lee* | HASHIM M. MOOPPAN |
| Eric W. Lee | Deputy Assistant Attorney General |
| D.C. Bar No. 1049158 | |
| JUDICIAL WATCH, INC. | ELIZABETH J. SHAPIRO |
| 425 Third Street, S.W., Suite 800 | Deputy Director |
| Washington, DC 20024 | |
| (202) 646-5172 | /s/ |
| elee@judicialwatch.org | PATRICIA MCBRIDE |
| | Trial Attorneys |
| *Counsel for Plaintiff* | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, DC  20005 |
| | Phone: 202-252-7123 |
| | Email: patricia.mcbride@usdoj.gov |